## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| YAGENDRA TILIJA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.:  4:18-cv-00297-CLM-JHE |
| | ) | |
| WILLIAM P. BARR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a Report and Recommendation, (doc. 25), recommending that Respondents' motion to dismiss, (doc. 24), be granted, and the petition for writ of habeas corpus be dismissed as moot.  Petitioner filed no objections.  The court has considered the entire file in this action, together with the report and recommendation, and has independently concluded that the report and recommendation is due to be adopted and approved.

So the court adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court.  The petition for writ of habeas corpus is **DISMISSED** as moot.  A separate Order will be entered.

**DONE** and **ORDERED** this 18th day of September, 2020.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2